**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BOBBY MALLOY, | ) | 1:08-cv-1362 OWW DLB |
| | ) | |
| Plaintiff, | ) | ORDER AFTER SCHEDULING |
| | ) | CONFERENCE |
| v. | ) | |
| | ) | |
| MCDONALD'S CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**I.   Date of Scheduling Conference.**

January 7, 2009.

**II.  Appearances Of Counsel.**

David Washington, Esq., appeared on behalf of Plaintiff.

Samuel G. Grader, Esq., appeared on behalf of Defendant McDonald's Corporation.

**III. Summary of Pleadings.**

1.   Plaintiff alleges that he was injured at a McDonald's Restaurant in Holbrook, Arizona, when he did not see a short step and fell injuring his right arm and shoulder. Plaintiff alleges that the step on the outside of the building was difficult to see because of shadow. Plaintiff alleges that under general negligence and premises liability theories, the Defendants are

1

liable.  Plaintiff seeks compensatory and punitive damages. Defendant McDonald's Corporation denies these contentions. Plaintiff believes Defendant Martinez Management, Inc. dba McDonald's was served with the summons and complaint on November 21, 2008.

IV.   Orders Re Amendments To Pleadings.

    1.   The true names and capacities of all Defendants have not been accurately identified.  It is anticipated that amendments will be required to name the true names and capacities of the Defendants who should properly be sued in this case.

    2.   Plaintiff shall ascertain the true names and capacities of the Defendants intended to be sued and shall serve those parties on or before March 9, 2009.

V.   Factual Summary.

    A.   Admitted Facts Which Are Deemed Proven Without Further Proceedings.

        1.   Plaintiff, Bobby Malloy, is a resident of Hilmar, Stanislaus County, in the State and Eastern District of California.

        2.   The alleged accident occurred at a McDonald's Restaurant in Holbrook, Arizona.

        3.   The owner of the McDonald's Restaurant where the incident occurred is different from the operator.

    B.   Contested Facts.

        1.   The true names and capacities of the Defendants intended to be sued.

        2.   Defendant Martinez Management, Inc. dba McDonald's, according to the Defendants, is not the proper

2

entity.

     3.   All remaining facts are in dispute.

VI.  Legal Issues.

    A.   Uncontested.

       1.   Jurisdiction is invoked under 28 U.S.C. § 1332.

       2.   Venue is disputed as the Defendants maintain that all events out of which the claim arises, occurred in the District of Arizona and that there is no basis for maintenance of this action in the Eastern District of California. Defendants intend to address the issue of venue by motion when all Defendants have been served.

    B.   Contested.

       1.   All remaining legal issues are contested.

VII.  Consent to Magistrate Judge Jurisdiction.

   1.   The parties have not consented to transfer the case to the Magistrate Judge for all purposes, including trial.

VIII.   Corporate Identification Statement.

   1.   Any nongovernmental corporate party to any action in this court shall file a statement identifying all its parent corporations and listing any entity that owns 10% or more of the party's equity securities. A party shall file the statement with its initial pleading filed in this court and shall supplement the statement within a reasonable time of any change in the information.

IX.  Further Scheduling Conference.

   1.   Based on the dispute over the proper place for trial of this action, the scheduling of this case shall be deferred until the motion for transfer of venue is decided.

2.  Accordingly, the parties shall, upon the Court's ruling on Defendants' motion to transfer venue, contact the courtroom deputy clerk to fix a new Scheduling Conference date if the case remains in the Eastern District of California.

IT IS SO ORDERED.

**Dated:    January 7, 2009**              /s/ Oliver W. Wanger
                                           UNITED STATES DISTRICT JUDGE

4