1  SAMUEL G. GRADER, State Bar No. 88677
   LAW OFFICES OF SAMUEL G. GRADER
2  1860 Howe Avenue, Suite 350
   Sacramento, CA 95825
3  Direct Line: 916-567-6412
   Telephone: 916-567-6409
4  FAX: 866-903-4464

5  Attorney for Defendants
   MCDONALD'S CORPORATION and MARTINEZ MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| BOBBY MALLOY, | Case No. 1:08-cv-01362-OWW-DLB |
|---|---|
| Plaintiff, | **ORDER GRANTING DEFENDANT MARTINEZ MANAGEMENT, INC.'S MOTION TO TRANSFER VENUE (28 U.S.C. sections 1404(a) and/or 1406(a))** |
| vs. | |
| MCDONALD'S CORPORATION, et al., | |
| Defendants. | |

The motion of defendant Martinez Management, Inc. to transfer for improper venue pursuant to 28 U.S.C. section 1406(a) or, in the alternative, to transfer venue for convenience pursuant to 28 U.S.C. section 1404(a), came on for hearing before this court on May 4, 2009, Samuel G. Grader appearing for defendant Martinez Management, Inc., with no appearance made by or on behalf of plaintiff. No response to the motion having been made by plaintiff, and after consideration of the defendant's briefs and arguments of counsel for defendant,

IT IS HEREBY ORDERED THAT defendant Martinez Management, Inc.'s motion to transfer venue from the United States District Court for the Eastern District of California to the United States District Court for the District of Arizona is GRANTED.

DATED: 5/19/2009


          /s/ OLIVER W. WANGER
          OLIVER W. WANGER
          UNITED STATES DISTRICT JUDGE